■ In the Matter of the Arbitration between SOUTH HUNTINGTON UNION FREE SCHOOL DISTRICT, Appellant, and LOCAL 144, DIVISION 100, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, Respondent. (Appeal No. 1.) [609 NYS2d 883] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cohalan, J. (Appeal from Order and Judgment of Supreme Court, Suffolk County, Cohalan, J.—Arbitration.) Present—Callahan, J. P., Pine, Lawton, Doerr and Boehm, JJ.